# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 27, 2023

**Via ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   **United States v. Kakhaberi Jaoshvili**
         **22 Cr. 559 (CM)**

Dear Judge McMahon,

        We write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Jaoshvili's United States passport. Mr. Jaoshvili's passport was surrendered to Pretrial Services during the pendency of his criminal case. On March 23, 2023, the Court imposed a sentence of time served in this matter. Pretrial Services has informed our office that it can only release Mr. Jaoshyili's passport pursuant to a Court order.

        As such, we respectfully request that the Court order the return of Mr. Jaoshvili's passport to a representative of the Federal Defenders of New York.

                        Respectfully submitted,

                        /s/

                        Neil P. Kelly
                        Assistant Federal Defender
                        (212) 417-8744

cc:    AUSA Thane Rehn

SO ORDERED:

**HON. COLLEEN McMAHON**
**United States District Judge**
**Dated: March 27, 2023**
**New York, New York**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/23